# UNITED STATES DISTRICT COURT
**for the**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **TASTE OF CHENGDU, LLC, A FLORIDA LIMITED LIABILITY CORPORATION,** <br><br> **Plaintiff(s),** <br> **v.** <br><br> **XINGLI FENG D/B/A TASTE OF CHENGDU, AN INDIVIDUAL,** <br><br> **Defendant(s).** | § § § § § § § § § § | **Civil Action No. 3:23-cv-02050-X** |

## RETURN OF SERVICE

Came to my hand on **Sunday, September 17, 2023 at 6:47 AM,**
Executed at: **2528 OLD DENTON ROAD, CARROLLTON, TX 75006**
at **2:53 PM,** on **Wednesday, September 20, 2023,** by individually and personally delivering to the within named:

**XINGLI FENG, an individual doing business as TASTE OF CHENGDU**

a true copy of this

**SUMMONS IN A CIVIL ACTION and PLAINTIFF'S ORIGINAL COMPLAINT with EXHIBITS A through I and CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared Steven J. Treni who after being duly sworn on oath states: "My name is Steven J. Treni. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: ________________________________
**Steven J. Treni - PSC 1912 - Exp 4/30/25**

**Subscribed and Sworn to by Steven J. Treni, Before Me, the undersigned authority, on this 25th day of September, 2023.**

BRITTNEY WOODALL
Notary Public
STATE OF TEXAS
ID# 12979020-7
My Comm. Exp. Sept. 9, 2027

________________________________
**Notary Public in and for the State of Texas**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Taste of Chengdu LLC<br>*Plaintiff*<br>v.<br><br>Feng<br>*Defendant* | ) | Civil Action No. 3:23-cv-02050-X |

## Summons in a Civil Action

**TO:** Xingli Feng, an individual

*doing business as* Taste of Chengdu

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Darin Klemchuk
8150 North Central Expressway
10th Floor
Dallas , TX 75206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 09/14/2023

Civil Action No. 3:23-cv-02050-X

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ____________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

RETURN / AFFIDAVIT
PROOF / ATTACHED